IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LONNY BRISTOW,

    Plaintiff(s),

vs.

WILLIAM A. ELEBY,

    Defendant(s).

Case Number: 1:07cv401

District Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on December 9, 2007(Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired December 3, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's motion for temporary restraining order and/or preliminary injunction is **DENIED.**

IT IS SO ORDERED.

                                                      s/Susan J. Dlott
                                                      Susan J. Dlott
                                                      United States District Judge