IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Lonny Bristow, :

    Plaintiff, :

v. : Case No. 2:08-cv-250

: JUDGE MARBLEY

William A. Eleby,
: 
    Defendant.

## ORDER

Plaintiff has filed a motion for voluntary dismissal under Fed.R.Civ.P. 41. Defendant has no objection to that motion. The motion (#111) is therefore GRANTED. This case is DISMISSED pursuant to plaintiff's request, pursuant to Fed.R.Civ.P. 41(a). The Clerk shall enter a judgment terminating this case and shall remove all pending motions from the Court's motions list.

/s/ Algenon L. Marbley
Algenon L. Marbley
United States District Judge