**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **Lonny Bristow,** | : | |
| **Plaitniff,** | : | **Case No. 2:08-cv-250** |
| v. | : | **Judge Marbley** |
| **William A. Eleby,** | : | |
| **Defendant.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 11, 2009 Order, the Court GRANTS Plaintiff's motion for voluntary dismissal under Fed.R.Civ. P. 41. This case is DISMISSED.

Date: **September 11, 2009**           **James Bonini, Clerk**


    s/Betty L. Clark
    Betty L. Clark/Deputy Clerk